1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4                          **United States Bankruptcy Court**
                           **Central District of California**
5

6                                        ) Chapter 13
                                         )
7  MARTY HUIWEN HO                       ) Case No.: 8:07-bk-10624-RK
                                         )
8  JANET CHINGHUI HO                     ) **NOTICE OF UNCLAIMED DIVIDEND**
                                         ) **(Bankruptcy Rule 3011)**
9                                        )
                                         )
10                                       )
                                         )
11 ─────────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **301111** in the sum of **$113.28**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      MARTY HUIWEN HO
        15907 AVENIDA SAN MIGUEL
18      LA MIRADA, CA #REF!

19
   Date: September 10, 2011           __/S/_____
20                                    Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

                                       1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0710624 | MARTY HUIWEN & JANET CHINGHUI HO | | XXX-XX-0106 | 113.28 | 0.00 | 113.28 |
| | ACCT: | Claim: 00000 | XXX-XX-4428 | | | |
| | | TOTALS | | 113.28 | 0.00 | 113.28 |

MARTY HUIWEN HO
JANET CHINGHUI HO
BALANCE:            [0.00  33/00000]
SSN: XXX-XX-0106    SSN: XXX-XX-4428
ACCT:                            CASE: 0710624
PRINCIPAL:     113.28    INTEREST:       0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301111
Aug 22, 2011
VOID 90 DAYS FROM DATE

*******$113.28

**PAY**  One Hundred Thirteen And 28 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301111⑈ ⑆061100790⑆ 000000057518 6 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND.  ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OF ERASURE.